# COMPLAINT

### (for filers who are prisoners without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2016 DEC -9 A 10: 24
JON W. SANFILIPPO
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Roy Dunbar

v.

(Full name of defendant(s))

Hannah C. Dugan

Case Number:

**16-C-1630**

(to be supplied by Clerk of Court)

A. **PARTIES**

1. Plaintiff is a citizen of ___Wisconsin___, and is located at
   (State)

   _____
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant ___Hannah C. Dugan___
   (Name)

is (if a person or private corporation) a citizen of ___Wisconson___

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Milwaukee county courthouse___

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Judge, Hannah C. Dugan violated my constitutional rights. Filed with this complaint are Evidence of her crimes. Case # 2015SC023426. Case has been open since 4-28-2015. She violated my right to a speedy trial. I challenged Jurisdiction and She ignored it. She said Jurisdiction was not an element of the case. Jurisdiction can be challenged at any time

I wanted to proceed propria persona
or Pro Per and she ignored that, she
threaten me to go to a competency
hearing otherwise I would go to jail.
I went twice and cooperated but
She still sent me to jail. Did not
listen to my side at all.

As a judge she is suppose to
uphold the constitution and make
sure every thing is fair. She
failed to comply with that and
always sided with the state.

As a person you are innocent
until proven guilty. I was falsely
incarcerated. Dr. Collins lied in her
competency report

All the Documents & evidence
will be attached.

The Judge is forcing me to give up my
Personam Jurisdiction by putting me in Jail
and taking me to a mental institute.

The reason This case came about is because the officer asked for my id. I told him I didn't have my id but I was traveling and didnot want to create jounder. under protest, threat and diress I gave him my name because I really didn't have my id.
Then he forced me out of the car roughly. Did an illegal search with no Search warrant. He then put me in Jail.
Since then I haven't went back. Justice point was Clean. Didn't have any problems on probation. Just got released from it, Now the State is twisting the law and I am scared for my life.
Witness to the crimes!
   Shane    Sawicki
   Brittany Dunbar

Complaint – 3

Another record of Events.

Went to change my competency date. I was recording and the bailf put me in handcuffs and forced me to get rid of my recording.
This whole case I been scared for my life.

Amendments broken

Sixth amendment: Asked for a speedy trial when 1st incarcerated. Motion was ignored. Lawyer was forced upon me when I wanted to proceed pro per

Amendment 4: Searched my private conveyance without permission & seized property

Amendment 9: She took away my right to travel in my own private conveyance and the right for freedom of speech in public places and the right to represent myself pro per

Complaint – 3

Amendment 14 Section 1: All of my rights and privileges were ignored. The Judge is forcing me base on a mental evaluation to proceed with a lawyer or pro se which gives the courts automatic jurisdiction over the person.

I am not a cooporation Nor have I made a contract with the courts saying they have a right to try my case or give me a ticket.

14th Amendment says that the state cannot enforce laws that abridge my privileges. Traveling is a privilege. The state is forcing me to do what the want. They incarcerated me falsely and forcefully. I am still hurting from when they slammed me to the ground. I did NOTHING WRONG! All I asked for was to proceed propria persona and see proof of

Jurisdiction and they put me in Jail.

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I want the Court to dismiss my case.

I want Jurisdiction proven in writing.

I want my fees to be paid

I want immediate release from custody.

I want Justice to be served to this Judge under the Constitution.

E.    JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _8th_ day of _December_ 20 _16_.

Respectfully Submitted,

_Roy Dunks_
Signature of Plaintiff

_616173708_
Plaintiff's Prisoner ID Number

_Milwaukee County Jail_
_5724 N 61st St Milwaukee, WI 53218_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☑   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5